2010-25657
FILED
March 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002469660

B4 (Official Form 4) (12/07)   UNITED STATES BANKRUPTCY COURT – EASTERN DISTRICT OF CALIFORNIA

Debtor: **Sky King, Inc.**

Case No. (if known)
Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| | (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|---|
| 1 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA<br>19114-0326 | David Palmer<br>510-637-2841 | Taxes | unliquidated | $3,166,111.92 |
| 2 | Tech Aero<br>14347 SW 142nd Street<br>Miami, FL 33186 | Dan Pearson<br>305-255-2677 | Promissory Note<br>Parts Purchased | unliquidated | 900,000 |
| 3 | Canadian Revenue Agency<br>9755 King George Highway<br>Surrey BC V3T5E1 | Greg Loey<br>604-666-7302 | Taxes | disputed | 660,709 |
| 4 | AE Wolffe, LTD.<br>13450 North Piper Drive<br>Tucson, AZ 85737 | Bill Tiley<br>520-797-3596 | Maintenance<br>Labor | unliquidated | 510458.28 |
| 5 | Mercury Air Group, Inc.<br>c/o George S. Burns<br>4100 MacArthur Blvd, Suite 305<br>Newport Beach, CA 92660 | George S. Burns<br>949-263-6777 | Fuel | unliquidated | 800,000 |
| 6 | Aviation Technologies, Inc.<br>201 Hanger Road<br>Avoca, PA 18641-2229 | James Gallagher<br>570-457-4147 | Aviation Services | unliquidated | 490,000 |
| 7 | State of California, EDD<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Bret Harlan<br>916-227-1705 | Taxes | unliquidated | 303,159.76 |
| 8 | Boeing Corporation<br>635 PARK AVENUE NORTH<br>RENTON WA 98055-1560 | Shaheeda Sanford<br>425-965-4375 | Aircraft Parts &<br>Engineering | Disputed | 260,000.00 |
| 9 | SERVISAIR/PENAUILLE - GROUND<br>1552 PAYSHERE CIRCLE<br>CHICAGO, IL 60674 | Fred Knapp<br>516-445-0968 | Fuel & Ground<br>Handling Vendor | Disputed | 200000.00 |
| 10 | SPECTRUM AEROSPACE<br>615 West Knox Road<br>Tempe, AZ 99502 | Lars Dirks<br>480-966-0077 | Aircraft Parts Vendor | unliquidated | 169,678.25 |

| Debtor: **Sky King, Inc.** | | Case No. (if known): Chapter 11 | | |
|---|---|---|---|---|

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| 11 POLAR EXPRESS GROUP LLC<br>4510 OLD INTERNATIONAL AIRPORT RD<br>ANCHORAGE, AK 99502 | Andy Baker<br>907-223-8167 | Contract Deposit & Attorney Fees | Disputed | 125,000.00 |
| 12 MIAMI TECH LINE MAINTENANCE<br>P.O. BOX 520657<br>MIAMI, FL 33152 | Tomas Romero<br>305-871-3100 | Maintenance Provider | Disputed | 124,875.08 |
| 13 TRACER CORP.<br>BOX 88946<br>MILWAUKEE, WI 53288-0946 | Jim Gomez<br>414-875-1234 | Tire & Brakes | unliquidated | 103564.53 |
| 14 APECS ENGINE CENTER<br>13642 SW 142ND AVENUE<br>MIAMI, FL 33186 | Fred Laemmerhirt<br>305-255-2677 | Engine Overhaul | unliquidated | 100,000 |
| 15 NAVTECH, INC.<br>295 HAGEY BOULEVARD SUITE 200<br>WATERLOO, ON N2L 6R5 | Gordon Heard<br>519-747-0616 | Flight Planning Services | Disputed | 83,816.82 |
| 16 MCKELVEY, RON<br>2837 ADIRONDACK WAY<br>Sacramento, CA 95827 | Ron McKelvey<br>954-224-2600 | Wages | unliquidated | 83,745.95 |
| 17 LIEGE AIRPORT<br>BATIMENT 44 AEROPORT DE LIEGE<br>4460 GRACE-HOLLOGEN, Belgium | Olivier del Marmol<br>+32 4 234 84 18 | Airport Services | Disputed | 70,111.78 |
| 18 TNT EXPRESS<br>101 4460 GRACE-HOLLGNE BELGIUM | Christine Heine<br>+32 4 239 39 01 | Airport Ground Handling | Disputed | 67,500.97 |
| 19 LOONEY; DANNY R.<br>4063 W Lake Estates Dr<br>Davie, FL 33328 | Danny Looney<br>954-235-2594 | Wages | unliquidated | 56,650.00 |
| 20 PARR WADDOUPS BROWN GEE et.al.<br>185 SOUTH STREET SUITE 1300<br>Salt Lake City, UT 84111-1537 | Jeff Hunt<br>801-532-7840 | Legal Services | unliquidated | 56,331.32 |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 3/9/10

Signature: *Gregg Lukenbill*

Gregg Lukenbill, President
Print Name and Title